# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ISAAC OFORI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 4:17-cv-1839-LSC-JEO |
| JEFFERSON B. SESSIONS, III, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This is a habeas corpus action under 28 U.S.C. § 2241, filed by Petitioner Isaac Ofori, *pro se*. Petitioner challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act. (*See* Doc. 1). The cause now comes to be heard on the Respondent's motion to dismiss the petition as moot. (Doc. 7). The court concludes that the motion is due to be granted.

Respondent's motion is supported by a declaration by a Supervisory Detention and Deportation Officer indicating that Petitioner was released from ICE custody under an order of supervision on December 7, 2017. (Doc. 7-1). As a result, Petitioner's habeas corpus claim for release under an order of supervision or for repatriation is moot because the court can no longer provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel.*

*INS*, 296 F.3d 1237, 1242-43 (11th Cir. 2002). Respondents' motion is due to be granted and this action is due to be dismissed. A separate Final Order will be entered.

Done this 12th day of December 2017.

_____
L. Scott Coogler
United States District Judge
[160704]